This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40259**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellee,

v.

**RICKIE J. ABEYTA,**

     Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Amanda Sanchez Villalobos, District Court Judge**

Raúl Torrez, Attorney General
Santa Fe, NM
Michael J. Thomas, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Steven J. Forsberg, Assistant Public Defender
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Defendant appeals from the district court's order revoking his probation. On appeal, in response to this Court's first proposed summary disposition, Defendant argued that the district court proceedings revoking his probation violated his due process right to confrontation. This Court issued a second notice of proposed disposition, proposing to reverse the district court. Now, the State has filed a response

to this second notice of proposed disposition and announced that it will not file a memorandum in opposition.

**{2}** Accordingly, we rely on the reasoning contained in our second notice of proposed disposition, and we reverse the revocation of Defendant's probation and remand for further proceedings.

**{3}** **IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**KRISTINA BOGARDUS, Judge**